UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Mary Armstrong, | : | Case No. 1:03CV1474 |
| Plaintiff | : | |
| v. | : | Magistrate Judge David S. Perelman |
| New York Life Insurance Company, | : | **MEMORANDUM OPINION** |
| | : | **AND ORDER** |
| Defendant | : | |
| John Stipetich, et al., | : | |
| Third-Party Defendants | : | |

On January 28, 2005 this Court entered an Order approving distribution of funds in this case to Ashley Stipetich and Peter Stipetich which provided, in part, "Counsel for these parties shall provide to Panayota Giovili of the Financial Department of the Clerk's Office tax identification numbers for these parties."

As of this date, despite numerous requests by Ms. Giovili to counsel for these parties, Mr. Richard Drucker, and a directive by this Court to Mr. Drucker, those tax identification numbers have not been provided.

Therefore, unless this is done no later than September 30, 2005 these parties and Mr. Drucker shall appear before this Court on October 3, 2005 at 2:00 p.m. and show cause why this Court, exercising its

inherent authority to enforce compliance with its Order, shall not impose sanctions upon them for their wilful disobeyance of the January 28, 2005 Order. Failure of appearance will result in initiation of contempt proceedings, which may include issuance of warrants for arrest.

**IT IS SO ORDERED.**

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE:   September 22, 2005